**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DERRICK JORDAN, #B-71536,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 04-cv-775-WDS** |
| | ) | |
| **STEVE KEIM,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**CERTIFICATION**

This case is certified as being ready for a trial setting.

**SO ORDERED.**

**DATED:    February 29, 2008**


s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**