IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DERRICK JORDAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 3:04-cv-775 WDS |
| | ) | |
| STEVE KEIM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On March 31, 2005, the District Court referred this matter to the undersigned for appointment of trial counsel. Therefore, after a random pick, attorney Stephen C. Schulte, of the firm Winston & Strawn, LLP, is hereby **APPOINTED** to represent the petitioner in this matter pursuant to Local Rule 83.1(i). The Court informs Mr. Schulte that the Plaintiff is currently incarcerated at Stateville Correctional Center in Joliet, Illinois. The matter is currently set for a final pretrial conference before Senior United States District Judge William D. Stiehl on **July 28, 2008, at 1:30 p.m.** in the East St. Louis Federal Courthouse. A jury trial is set for **September 16, 2008 at 9:00 a.m.**

**IT IS SO ORDERED.**

**DATED: June 18, 2008**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON
United States Magistrate Judge**