IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| DERRICK JORDAN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:04-cv-775 WDS |
| | ) | |
| STEVE KEIM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On July 16, 2008, the District Court ordered the undersigned to appoint trial counsel in this matter. Therefore, after a random pick, attorney Kenneth M. Nussbaumer of the firm Donovan, Rose, Nester & Joley is hereby **APPOINTED** to represent the petitioner in this matter pursuant to Local Rule 83.1(i). The Court informs Mr. Nussbaumer that the Plaintiff is currently incarcerated at Stateville Correctional Center in Joliet, Illinois.

**IT IS SO ORDERED.**

**DATED:  July 21, 2008**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**