IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DERRICK JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:04-cv-775 WDS |
| ) | |
| STEVE KEIM, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On August 7, 2008, the Court Granted Attorney Kenneth M. Nussbaumer's Motion to Withdraw as Counsel in the matter. Therefore, the Court must appoint a new attorney to represent Plaintiff in this action. After a random pick, attorney **Michael J. Benson** is hereby **APPOINTED** to represent the Plaintiff in this matter pursuant to Local Rule 83.1(i). The Court informs Mr. Benson that the Plaintiff is currently incarcerated at Stateville Correctional Center in Joliet, Illinois.

**IT IS SO ORDERED.**

**DATED: August 7, 2008**

s/ *Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**