# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DERRICK JORDAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 04-CV-775-DRH |
| ) | |
| CHAPLAIN STEVE KEIM, ) | |
| WARDEN EUGENE McADORY, ) | |
| BARBARA MUELLER, SHERRY HILE, ) | |
| JOHN DOE, JACKIE MILLER, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

Pursuant to the Order of the Court dated August 7, 2009 following a bench trial, judgment is entered in favor of defendant Chaplain Steve Keim and against plaintiff Derrick Jordan on plaintiff's Fourteenth Amendment Equal Protection violation claims with respect to the 2002 Feast of Unleavened Bread.

Pursuant to the Order of the Court dated September 29, 2006 (Doc. 32), summary judgment is entered in favor of defendant Chaplain Steve Keim and against plaintiff Derrick Jordan on plaintiff's claims of Fourteenth Amendment Equal Protection violations with respect to the 2001 and 2003 Feast of Unleavened Bread.

Pursuant to the Order of the Court dated August 3, 2005 (Doc. 9), upon preliminary review pursuant to 28 U.S.C. § 1915A, plaintiff's Fourteenth Amendment Equal Protection violations claims as to denial of the right to participate in the 2003 Feast of Unleavened Bread against defendants McAdory, Barbara Mueller and Sherry Hile are dismissed with prejudice. Plaintiff's claims with respect to the 2003 denial of right to practice his chosen faith in violation of his Fourteenth Amendment Equal Protection rights are dismissed with prejudice against all

defendants.

**JUSTINE FLANAGAN, ACTING CLERK**

By: /s/Sandy Pannier
Deputy Clerk

DATED: August 7, 2009

APPROVED: /s/ *DavidRHerndon*
CHIEF JUDGE
U. S. DISTRICT COURT